IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| PATRICK M. GREVE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cv-0372 |
| | ) | JURY DEMAND |
| AUSTIN J. BASS, OLEG BULUT and | ) | |
| M STREET ENTERTAINMENT GROUP, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE |
| | ) | TRAUGER |
| Defendants. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on the John Doe Defendants dismissal from this case pursuant to Fed. R. Civ. P. 21. (Doc. No. 76). In the Report and Recommendation, the Magistrate Judge finds there has been no identification of or service upon any of the John Doe Defendants during the 2 ½ years this case has been pending, and dismissal of those parties is appropriate under Fed. R. Civ. P. 4(m). Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, the John Doe Defendants are **DISMISSED** from this case pursuant to Fed. R. Civ. P. 21

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE